JARED P. GREEN
Nevada Bar No. 10059
DYLAN P. TODD
Nevada Bar No. 10456
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101
jared.green@mccormickbarstow.com
dylan.todd@mccormickbarstow.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*\*

| | |
|---|---|
| TIMOTHY LOW,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JASPAL SINGH, individually; GOLDEN EXPRESS, LLC, A Washington Limited Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | Case No.   2:17-cv-1398<br><br>District Court Case No. A-17-752706-C<br><br>**NOTICE OF REMOVAL OF ACTION BY DEFENDANTS PURSUANT TO 28 U.S.C. §1332 AND 28 U.S.C. §1441(b)** |

TO: THE CLERK OF THE COURT; ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441, Defendants, JASPAL SINGH and GOLDEN EXPRESS, LLC, by and through their counsel of record, McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP, hereby gives notice of removal of the above-entitled action from the Eighth Judicial District Court of Clark County, Nevada, Case No. A-17-752706-C, to the United States District Court for the District of Nevada and further states as follows:

///

///

///

## STATEMENT OF JURISDICTION

This Court has original jurisdiction under 28 U.S.C. § 1332 based on diversity of citizenship and removal is therefore proper under 28 U.S.C. § 1441(b) as there is complete diversity between the parties and the matter in controversy exceeds $75,000.00.

## THE REMOVED CASE

The removed case is a civil action and was originally filed on March 20, 2017 in the Eighth Judicial District Court of Nevada, Clark County, having been assigned Civil Case No. A-17-752706-C, captioned: "*Timothy Low, Plaintiff, v. Jaspal Singh, Golden Express, LLC; DOES I through X; and ROE CORPORATIONS I through X, Defendants.*" A copy of Plaintiff's Complaint is attached hereto as Exhibit "A." Plaintiff alleges in the removed case that he was in an automobile accident and sustained significant painful bodily injuries. Plaintiff alleges that he is entitled to damages from Defendants in an amount in excess of $15,000.

As required by 28 U.S.C. § 1446(a), a copy of all process JASPAL SINGH and GOLDEN EXPRESS, LLC received and pleadings and orders served upon DEFENDANTS in the removed case are attached as Exhibit "B"[1]

## REMOVAL IS TIMELY

This action was commenced on March 20, 2017. The Summons and Complaint was served upon the Registered Agent, on behalf of Defendant GOLDEN EXPRESS on April 22, 2017. No other service has been effectuated. Thus, this removal is within 30 days of receipt of the Summons and Complaint by Defendant GOLDEN EXPRESS.

## VENUE REQUIREMENT IS MET

Venue is proper under 28 U.S.C. § 1441(a) because this Court is the United States Court of the District and Division embracing the place where the State Court action is pending.

## DIVERSITY OF CITIZENSHIP EXISTS

This is a civil action that falls under the Court's original jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship) and is one that may be removed to this Court based upon diversity of

---

[1] As of the time of this filing, only Defendant Golden Express has been served; however, we have been informed that Plaintiff will be serving Defendant Singh in the coming days.

citizenship pursuant to 28 U.S.C. §§ 1441 and 1446. Plaintiff alleges he is a resident of County of Clark, State of Nevada. Defendant, GOLDEN EXPRESS, LLC, is a Washington Limited Liability Company with its principal place of business in Washington, and was doing business in the State of Nevada. Defendant JASPAL SINGH is a resident of the State of Washington.

## THE AMOUNT IN CONTROVERSY

In this action, Plaintiff alleges that Defendants caused a motor vehicle accident resulting in significant bodily injury. On or about Monday, April 24, 2017, counsel for Defendants spoke with Plaintiff's counsel who explained that his client had more than $100,000 in expenses from medical treatment and was continuing to treat. *See, Declaration of Dylan P. Todd in Support of Notice of Removal*, filed concurrently herewith. Plaintiff's current medical expenses exceed the $75,000 threshold of 28 U.S.C. § 1441(b).

## FILING REMOVAL PAPERS

Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been provided simultaneously to Plaintiff. A copy of this Notice of Removal will be filed with the Clerk of the Eighth Judicial District Court of Clark County, Nevada.

WHEREFORE, Defendants, hereby remove the above-captioned action from the Eighth Judicial District Court of Clark County, Nevada and request that further proceedings be conducted in this Court as provided by law.

DATED this 16 day of May, 2017

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By _____
Jared P. Green, Nevada Bar No. 10059
Dylan P. Todd, Nevada Bar No. 10456
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
Attorneys for Defendants

71997-00025 4487943.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2017, a true and correct copy of **NOTICE OF REMOVAL OF ACTION BY DEFENDANTS PURSUANT TO 28 U.S.C. §1332 AND 28 U.S.C. §1441(b)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

### SERVICE LIST
### Low v. Singh-Golden Express
### A-17-752706-C

| | |
|---|---|
| Adam S. Kutner, Esq.<br>Nevada Bar No. 4310<br>ADAM KUTNER, P.C.<br>1137 South Rancho Drive, Suite 150-A<br>Las Vegas, NV  89102<br>p. 702-382-0000<br>f. 702-696-0001 | Bradley Myers, Esq.<br>Nevada Bar No. 8857<br>Michael C. Kane, Esq.<br>Nevada Bar No. 10096<br>Mark A. Rouse, Esq.<br>Nevada Bar No. 12273<br>The 702 Firm<br>400 South 7th Street<br>Las Vegas, NV  89101<br>p. 702-776-3333<br>f. 702-505-9787 |

By _____
Tricia A. Dorner, an Employee of
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP