1  MICHAEL R. MERRITT, ESQ.
   Nevada Bar No. 5720
2  DYLAN P. TODD, ESQ.
   Nevada Bar No. 10456
3  McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
4  8337 West Sunset Road, Suite 350
   Las Vegas, NV 89113
5  Telephone:    (702) 949-1100
   Facsimile:    (702) 949-1101
6  dtodd@mbswc.com
   Attorneys for Defendants
7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10                       ****

| 11 | TIMOTHY LOW, | CASE NO.      2:17-cv-1398-JAD-GWF |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | JASPAL SINGH, individually; GOLDEN EXPRESS, LLC, a Washington Limited | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 15 | Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I | ECF No. 13 |
| 16 | through X, inclusive, | |
| 17 | Defendants. | |

18

19         Plaintiff, TIMOTHY LOW, by and through his counsel of record, The 702 Firm, and

20  Defendants JASPAL SINGH and GOLDEN EXPRESS, LLC, by and through their counsel of record,

21  McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, hereby stipulate and agree

22  that the above captioned matter shall be dismissed with prejudice, each party to bear his or her own

23  attorneys' fees and costs, and the Clerk of the above-entitled Court should return any and all jury fees

24  that were deposited by these Defendants.

25  ///

26  ///

27  ///

28  ///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W  SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

4822335.1

1   Dated this _5_ day of ~~November~~ *December*, 2017

2   The 702 Firm

3

4   By_____
      Bradley Myers, Esq.

5     Michael C. Kane, Esq.
      Mark A. Rouse, Esq.

6     400 South 7th Street
      Las Vegas, NV 89101

7     Attorneys for Plaintiff

Dated this _11th_ day of ~~November~~ *December*, 2017

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By_____
   Michael R. Merritt, Esq.
   Dylan P. Todd, Esq.
   8337 West Sunset Road, Suite 350
   Las Vegas, NV 89113
   Attorneys for Defendants

**ORDER**

8

9        Based on the parties' stipulation [# 13] and good cause appearing,

10        **IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the above-referenced matter

11   shall be dismissed with prejudice, each party to bear his or her own attorneys' fees and costs, and the

12   Clerk of the Court is directed to CLOSE THIS CASE.

13        **IT IS SO ORDERED.**

14

15

16                                                    _____
                                                      UNITED STATES DISTRICT COURT JUDGE

17   Submitted by:                                    December 11, 2017

18   McCORMICK, BARSTOW, SHEPPARD,
     WAYTE & CARRUTH LLP

19

20   By_____
       Michael R. Merritt, Esq.

21     Nevada Bar No. 5720
       Dylan P. Todd, Esq.

22     Nevada Bar No. 10456
       8337 West Sunset Road, Suite 350

23     Las Vegas, NV 89113
       Attorneys for Defendants

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

4822335.1                                      2